**94–1711.** State v. Shephard. *Montgomery County,* No. 14045. On motion for leave to file delayed appeal. Motion denied.

**94–1759.** State v. Foster. *Belmont County,* No. 91–B–17. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–1784.** Khasawneh v. Trimble. *Franklin County,* No. 94APE01–39. On motion to supplement record. Motion granted.

A.W. SWEENEY, WRIGHT and PFEIFER, JJ., dissent.

**94–1917.** Heritage Mut. Ins. Co. v. Haas. *Summit County,* Nos. 16488 and 16571. On motion to consolidate with 93–1616, *Zoppo v. Homestead Ins. Co.,* Cuyahoga County, No. 62926. Motion denied.

PFEIFER, J., would allow the discretionary appeal.

On motion to expedite consideration of motion to consolidate. Motion denied.